

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/16/2019 03:30 PM

COURTROOM 9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:16-bk-00265-RCT | Chapter 7 | 04/18/2016 |
| ADVERSARY: 8:16-ap-00285-RCT | | **Pltf Atty:** Gregory S Grossman |
| | | **Dft Atty:** Suzy Tate |

**DEBTOR:** Amit Bhalla

**HEARING:**

China Central Television et al v. Bhalla

Motion For Proceedings Supplementary To Execution Filed by Daniel M Coyle on behalf of Plaintiffs China Central Television, China International Communications Co., LTD., Dish Network LLC, TVB Holdings (USA), Inc. (Doc. 138)

**APPEARANCES::** DANIEL COYLE, ERIK JOHANSON.

**RULING:**
Motion For Proceedings Supplementary To Execution Filed by Daniel M Coyle on behalf of Plaintiffs China Central Television, China International Communications Co., LTD., Dish Network LLC, TVB Holdings (USA), Inc. (Doc. 138) -   GRANTED; ORDER BY MR. COYLE.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.