ORDERED.

Dated: November 25, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

AMIT BHALLA                                             CASE NO. 8:16-bk-00265- RCT

    Debtor.                                               Chapter 7
_____/

CHINA CENTRAL TELEVISION, CHINA
INTERNATIONAL COMMUNICATIONS
CO., LTD., TVB HOLDINGS (USA), INC.,
and DISH NETWORK L.L.C.,                    Adv. Proceeding No. 8:16-ap-00285- RCT

    Creditors,
v.

AMIT BHALLA

    Debtors.
_____/

CHINA CENTRAL TELEVISION, CHINA
INTERNATIONAL COMMUNICATIONS
CO., LTD., TVB HOLDINGS (USA), INC.,
and DISH NETWORK L.L.C.,

      Plaintiffs in execution,

v.

AMIT BHALLA and RENA MEHTA BHALLA

      Defendants.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART JUDGMENT CREDITORS' AMENDED MOTION TO STRIKE DEFENDANTS' THIRD, SEVENTH, EIGHTH, NINTH, AND ELEVENTH, THROUGH SIXTEENTH AFFIRMATIVE DEFENSES (D.E. 162)

THIS CAUSE, having come before the Court on November 18, 2019, upon the amended motion of China Central Television, China International Communications Co., Ltd., TVB Holdings (USA), Inc. and Dish Network L.L.C., ("Judgment Creditors") to strike affirmative defenses three, seven, eight, nine and eleven through sixteen, ("Motion"). The Court has considered the Motion, the response filed by Amit and Rena Bhalla, the record and the arguments of the parties. Based upon the same, it is hereby ORDERED AND ADJUDGED that:

    1.    Judgment Creditors' Motion is GRANTED in part and denied in part as set forth, herein.

    2.    The Motion is granted in part as to affirmative defense nine, without prejudice for the Bhallas to amend on or before December 31, 2019.

    3.    The Motion is denied as to the other affirmative defenses, without prejudice for the Judgement Creditors to reassert their arguments through a motion for summary judgment or at trial.

*Attorney Daniel M. Coyle is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*