[Docdstka] [ORDER CONDITIONALLY STRIKING]

ORDERED.

**Dated: February 28, 2020**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:16–bk–00265–RCT |
| Amit Bhalla | Chapter 7 |
| _____Debtor*_____ / | |

China Central Television
China International Communications Co., LTD.
TVB Holdings (USA), Inc.
Dish Network LLC
    Plaintiff*

                                            Adv. Pro. No. 8:16–ap–00285–RCT
vs.

Amit Bhalla
Rena Mehta Bhalla
      _____Defendant*_____ /

### *ORDER CONDITIONALLY STRIKING*

    THIS PROCEEDING came on for consideration, without hearing, of the Notice of Deposition Duces Tecum of Amit Bhalla and Notice of Deposition Duces Tecum of Rena Bhalla filed by Plaintiff's Attorney on February 27, 2020 . The document is deficient in that it does not contain an original or electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001–2. Accordingly, it is

  **ORDERED:**

    Plaintiff's Attorney is directed to cure the deficiency within seven (7) days from the date of the entry of this Order. In the event that an amended document is not filed with the deficiency cured, the document shall be deemed stricken from the record.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.