IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| AMIT BHALLA<br>　　　Debtor.<br>_____/ | CASE NO. 8:16-bk-00265- RCT<br>Chapter 7 |
| CHINA CENTRAL TELEVISION, CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., TVB HOLDINGS (USA), INC., and DISH NETWORK L.L.C.,<br>　　　Creditors,<br>v.<br>AMIT BHALLA<br>　　　Debtors.<br>_____/ | Adv. Proceeding No. 8:16-ap-00285- RCT |
| CHINA CENTRAL TELEVISION, CHINA INTERNATIONAL COMMUNICATIONS CO., LTD., TVB HOLDINGS (USA), INC., and DISH NETWORK L.L.C.,<br>　　　Plaintiffs in execution,<br>v.<br>AMIT BHALLA and RENA MEHTA BHALLA<br>　　　Defendants.<br>_____/ | |

**<u>NOTICE OF WITHDRAWAL OF PLEADING</u>**

Plaintiffs, China Central Television ("CCTV"), China International Communications Co., Ltd. ("CICC"), TVB Holdings (USA), Inc. ("TVB"), and Dish Network L.L.C. ("Dish") (collectively, the "Plaintiffs"),, by and through its undersigned counsel, files this Notice of

Withdrawal of Plaintiffs' Motion for Enlargement of Time to Serve Expert Reports Nunc Pro Tunc August 29, 2020 (One Day Late) (D.E. 223) without prejudice.

Dated: September 2, 2020

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
E-Mail: dcoyle@sequorlaw.com

By: */s/ Daniel Coyle*
Daniel M. Coyle
Florida Bar No. 055576

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on August 31, 2018.

*/s/ Daniel Coyle*
Daniel M. Coyle

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Rochelle Walk Friedman    rochelle@walklawfirm.com, admin@walklawfirm.com
- Gregory S Grossman    ggrossman@sequorlaw.com, ngonzalez@astidavis.com
- Andrew R Herron    aherron@homerbonner.com, jyanes@homerbonner.com
- Douglas N Menchise    Dmenchise@verizon.net, FL57@ecfcbis.com
- Jill Sarnoff Riola    Jriola@carltonfields.com
- Suzy Tate    suzy@suzytate.com, assistant@suzytate.com;cbrouss@suzytate.com;assistant@ecf.courtdrive.com;suzytate1234@gmail.com;suzy-tate-suzy-tate-pa-7461@ecf.pacerpro.com

### Manual Notice List

(No manual recipients